FILED
MAR -3 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name: __MIROYAN__   __MICHAEL__   __HAROUTUN__
        (Last)         (First)       (Middle Initial)

4  Prisoner Number: __ATT 211; BKg # 15048913__

5  Institutional Address: __c/o ELMWOOD JAIL; 701 S. Abel St.__
   __Milpitas, CA. 95035-5243__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

__MICHAEL HAROUTUN MIROYAN__,  )   CV 16  1084
(Enter your full name.)         )
                                )
   vs.                          )   Case No. _____
                                )   (Provided by the clerk upon filing)
__Stephen V. MANLEY; All Clerks__ )
__@ Criminal Courthouse 115 Terraina St.__ )  COMPLAINT UNDER THE
__San Jose, CA. 95110 AND John Does 1-30__ )  CIVIL RIGHTS ACT,
                                )              42 U.S.C. § 1983
(Enter the full name(s) of the defendant(s) in this action.) )

JCS (PR)

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __ELMWOOD JAIL complex__

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: __This civil Rights Lawsuit is AGAINST A corrupt state Actor, Judge MANley, Dept. 64 @ Terraina St. Courthouse, SJ, CA. 95110 and all the clerks who bury INSTEAD of file my Legitimate pleadings IN violation of my civil Rights under the 1st, 8th, & 14th amendments of the US constitution equating to false imprisonment AND Involuntary servitude under the 13th Amendment.__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2/20/16
__MIROYAN__

2. First formal level: N/A

3. Second formal level: N/A

4. Third formal level: N/A

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☐   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
   See D-1

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
   Michael Haroutun Miroyan
   c/o Elmwood Jail 701 S. Abel St.
   Milpitas, Ca. 95035-5243

B. For each defendant, provide full name, official position and place of employment.
   Judge Stephen V. Manley Dept. 64
   AND... (@ the clerk's office)
   Any and all clerks (names of which are unknown to plaintiff) who deny me access to the courts on the order of Manley all of whom are state actors and all of whom work at the Criminal Courthouse 115 Terraine St. San Jose, Ca. 95110 and all of whom do not file my pleadings on the order of the corrupt Judge Manley.

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim. RE: criminal case #'s: C1234006, C1230059, C1354149

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Judge Manley has a huge conflict as he knows my brothers Peter and Robert Miroyan who hired an attorney for themselves and for me, one Francis Cole, Sr, Esq, who appeared originally on my behalf in Manley's Dept 64 in Dec. 2014 and Jan 2015. Cole was simultaneously retained by both me & my brothers. Then he filed a restraining order against me (Feb 2015?) on their behalf which Manley knew about and he continued to interfere w/ Manley's full knowledge in my criminal cases C1234006, et al, to my detriment thru Sept, 2015 causing Atty Ingo Brauer to quit my case. Manley never allows me to speak in court but always has me removed and then seals the transcripts to protect himself. Compare transcript 1/29/16 dept 64 with 2/5/16 Dept 42 case# C1525231. On Manley's order my pleadings are not being filed @ court.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I want this corrupt state actor put on trial for his plethora of civil rights abuses; his vindictive disparity of sentencing; I want him prevented from ruling corruptly in my cases above and all the clerks who do his bidding to bury & not file my 4 separate pleadings to be put on trial and pay me damages also; so that this travesty of justice will cease and happen to no others. $1 million dollars

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2/20/16

Signature of Plaintiff M MIROYAN

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

I swear under penalty of perjury of the laws of the state of California every word in this declaration is true based on the facts stated herein and upon my information and belief, so help me God. 2/20/16 M MIROYAN



2 side

JS 44 (Rev. 12/12) cand rev (1/15/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Michael Haroutun Miroyan

**DEFENDANTS** Stephen V. Manley; All the Clerks of the Criminal Court @ 115 Terraine St. San Jose, CA. 95110; John Does 1-30

(b) County of Residence of First Listed Plaintiff  Santa Clara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Santa Clara
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*  in propia persona

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act |  | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property |  | **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☒ 550 Civil Rights |  |  |  |
|  | ☐ 448 Education | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights Act, 42 USC § 1983
Brief description of cause:
Denial of free speech; unlawful sealing of transcripts; non-filing of legitimate pleadings

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1 million US Dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  2/20/16  SIGNATURE OF ATTORNEY OF RECORD  /s/ Miroyan

**IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)**
*(Place an "X" in One Box Only)*   ☐ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA